UNITED STATES of America, Plaintiff—Appellee,

v.

Waynely BROWN, Defendant— Appellant.

No. 05–7434.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2005.

Decided: Nov. 30, 2005.

Waynely Brown, Appellant Pro Se. Jerry Wayne Miller, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Waynely Brown appeals a district court order denying his motion to compel the Government to file a Federal Rules of Criminal Procedure Rule 35(b) motion. We have reviewed the record and the district court opinion and affirm for the reasons cited by the district court. *See United States v. Waynely*, No. CR–99–75 (W.D.N.C. Aug. 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*